

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| LEONEL HERNANDEZ, | § | No. 08-19-00152-CR |
| Appellant, | § | Appeal from the |
| v. | § | 168th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20160D03827) |
|  | § |  |

# **O R D E R**

On September 21, 2021, this Court abated proceedings in this appeal and ordered the trial court to issue findings of fact and conclusions of law related to a suppression issue. *See* TEX.CODE CRIM.PROC.ANN. art. 38.22. The trial court's findings of fact and conclusions of law are currently due to be filed with this Court on March 1, 2022.

On February 28, 2022, the Honorable Marcos Lizarraga, judge of the 168th District Court, filed a motion to abate the deadline to file his findings of fact and conclusions of law. In his motion, Judge Lizarraga stated:

> The Trial Court's Motion to Abate is based upon the fact that I am currently involved in proceedings against the Texas State Commission on Judicial Conduct. My attorneys representing me in that matter are the same attorneys representing Mr. Hernandez on appeal, Jim and Jeep Darnell, and I feel that it would be improper to be ruling on matters involving those attorneys during their active representation of me.

1

Judge Lizarraga indicates in his motion that he has conferred with counsel for Hernandez and counsel for the State, and that neither party is opposed to his motion.

As such, we ORDER that the deadline to file the findings of fact and conclusions of law is hereby stayed pending further order of this Court.

IT IS SO ORDERED this 28th day of February, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.